IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NINA GUERRERO, Individually and on behalf of those similarly situated, | : | |
| | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 2:23-cv-03716-GAM |
| | : | |
| v. | : | |
| | : | |
| OVER THE MOON SERVICES, LLC, doing business as OVER THE MOON SERVICES and LUNA GAGOT formerly known as MARYLOU PEREZ, | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| Defendants. | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Nina Guerrero, individually, and Defendants Over the Moon Services, LLC and Luna Gagot, by and through their undersigned counsel, hereby stipulate to dismissal of this action with prejudice.

SO STIPULATED

Respectfully submitted,

D. Aaron Rihn, Esq.
ROBERT PEIRCE & ASSOCIATES, P.C.
707 Grant Street, Suite 125
Pittsburgh, PA 15219
Tel: (412) 281-7229
*arihn@peircelaw.com*

*/s/ Jonathan F Andres*
Jonathan F. Andres, Esq. (*pro hac vice*)
JONATHAN F. ANDRES P.C.
1127 Hoot Owl Road
St. Louis, MO 63005
Tel: (636) 633-1208
*andres@andreslawpc.com*

*Attorneys for Plaintiff*

*/s/ Joseph C. Monahan*
Joseph C. Monahan, Esq. [87173]
H. Matthew Taylor, Esq.
GORDON REES SCULLY
MANSUKHANI LLP
Three Logan Square
1717 Arch Street, Suite 610
Philadelphia, PA 19103
Tel: (215) 717-4018
*jmonahan@grsm.com*
*hmtaylor@grsm.com*

*Attorneys for Defendants*